United States District Court

District of Connecticut


Waltrina Whitman-Allen

vs                                                              Civil No3:01CV1569AHN


HHS, et al


Motion to Appeal


Name:  Waltrina Rene Whitman

Born City:  Marion State: Alabama County: Perry

Date of Birth:  September 21, 1943

Sex: Female

Mother name:  Charity Jackson

Father name:  Walter Douglas Whitman

SSN:

Phone :   860-242-3407

Address:   1 Deer Meadow Drive Apt. 1

City/State/Zip: Bloomfield, Conn 06002


Date: *July 3, 2006*

Sign: *WalTrina Whitman*

Sign: *WalTrina Whitman-Allen*

Address: 1 Deer Meadow Drive

City/State/Zip: Bloomfield, Conn. 06002

Social Security no: 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

Phone Number's 860-242-3407

I Waltirna Whitman-Allen, application has been approved for Long Term Disability Benefits as of May 13, 1980.

By Aetna Insurance Doctor's. I am still disabled under the Doctor's care and taking mediation prescribed by my

Doctor's.

Social Security Disability Benefits Notice of Award Date: April 28, 2003

Date Waltrina Whitman-Allen became disabled on May 13, 1980.

Our records show Waltrina Whitman-Allen disabled under Social Security Disability rules on May 13, 1980.

By Law: Waltrina Whitman-Allen first filed claim for Social Security Disability benefits on December 17, 1981. I

continued filing for Social Security Benefits until December 9, 2001.

                                                    Justice was not served

Proof

Social Security Disability benefits only paid Waltrina Whitman-Allen one year and 4 months on April 28, 2003

notice of award check. Paid me one year and 4 months. Justice was not served. Paid me one year and 4 months.

                                                    Justice was not served

Proof: I Waltrina Whitman Allen filed for Social Security Disability Benefits before December 9, 2002. Justice was

not served

By Law: Notice of Award letter Date: April 28, 2003

Proof: Our records show Waltrina Whitman-Allen became Disabled under Social Security Disability Rules on May

13, 1980. Proof: Justice was not served

Justice was not served  Signature: *Wal Trina Whitman -Allen*     Civil No3:01CV1569AHN
                                    *Date: July 31, 2006*

By Law: Social Security Disability underpayment Waltrina Whitman-Allen Disability Benefits (owe) Justice was not served

 Civil No3:01CV1569AHN

Please help me!

Thank you

Date: *July 31, 2006*

Sign: *WalTrin - Whitmon*

Sign: *WalTrina - Whitmn-Allen*

Address: 1 Deer Meadow Drive

City/State/Zip: Bloomfield, Conn. 06002

Social Security no: 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

Phone Number's 860-242-3407

United States District Court

District of Connecticut

Civil No3:01CV1569AHN

Certificate of Service

I here by mail copies Date: July 31, 2006 Motion to Appeal

Office of the Clerk

United Sates District Court

U.S. Court House

915 Lafayette Boulevard

Bridgeport, Conn. 06604

Ann M. Nevins

U.S Attorney Office BPT

915 Lafayette Blvd. Room 309

Bridgeport Conn. 06604

Thank you

Date: *July 31, 2006*

Sign: *WalTrina Whitman*

Sign: *WalTrina Whitman-Allen*

1 Deer Meadow Drive

Bloomfield, Conn. 06002

Social Security no: 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

Phone Number's 860-242-3407

UUL 1 9 2006    JUN 2 2 2006    (1)

1 Deer Meadow Drive Apt. 1
Bloomfield Conn. 06002
June 19, 2006

TO: Whom it may Concern:
      Motion to Appeal      Case No: 3:01CV1569 AHN
Name: WalTrina R. Whitman-Allen City: Marion State: Alabama County: Perry
Date of Birth: September 21, 1943
Social Security no: -
Phone number's 860-242-3407
Address    1 Deer Meadow Drive Apt. 1
                Bloomfield Conn. 06002
Mother name: Charity Jackson
Father name: Walter Douglas Whitman

   I WalTrina Whitman-Allen Application has been Approved
for Long Term Disability Benefits as of May 13, 1980.
By AETNa Insurance Company. I am still Disable
take Medications and under The Doctor's care.

      Social Security Disability Benefits
Notice of Award     Date: April 28, 2003

   Date: WalTrina Whitman-Allen Became
Disabled on May 13, 1980.
Our Records show WalTrina Whitman-Allen
Disabled under Social Security Disability Rules
on May 13, 1980.

   By Law: WalTrina Whitman-Allen First Filed Claim
for Social Security Disability Benefits on
December 17, 1981. Continue filing for Social
Security Benefits until December 9, 2001.
                        Justic was not serve.
Social Security Disability Benefits Only
Paid WalTrina Whitman-Allen One Year and
4 Months on April 28, 2003
Notice of Award Check.    Justic was not serve
Paid me One Year and 4 Months.
                              Page 2

By Law I WalTrina Whitman - Allen Filed for

Fact    Social Security Disability Benefits

✓ Before December 9, 2002.

By Law    I WalTrina Whitman - Allen Filed for

Social Security Disability Benefits

On December 17, 1981 Until December 9, 2002.

By Law — Social Security Disability underpayment

of Benefits. (Owe)

By Law    Our Records Show WalTrina Whitman - Allen

Became Disabled. Under Social Security

Disability On May 13, 1980.

Social Security Disability underpayment

Of Disability Benefits (Owe)

Social Security Disability Paid WalTrina

Whitman - Allen. One Year and 4 months

notice of Award Letter Date: April 28, 2003.

By Law — Underpayment of Disability Benefits (Owe)

Case no: 3:01CV1569AHN Justic Was not Serve

Thank you

Sign: WalTrina Whitman

Sign: WalTrina Whitman - Allen

Social Security n: 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

Phone Number: 860-242-3407

# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT
### OFFICE OF THE CLERK
### UNITED STATES COURTHOUSE
### 915 LAFAYETTE BOULEVARD
### BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

May 10, 2005

Ms. Waltrina Whitman-Allen
1 Deer Meadow Drive, Apt. 1
Bloomfield, CT 06002

**Re:  Case No.:    3:01CV1569(AHN)**
**Case Name:  Waltrina Whitman-Allen v. Commissioner of Social Security**

Dear Ms. Whitman-Allen:

Per your request dated May 6, 2005, enclosed please find a copy of the judgment in the above-referenced case.

Sincerely
Kevin F. Rowe, Clerk

Sandra J. Baldwin, Deputy Clerk
Enclosure

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WALTRINA WHITMAN

v.                                                    3:01CV1569 AHN

SOCIAL SECURITY ADMINISTRATION

## J U D G M E N T

This action came on for consideration on defendant's motion to dismiss by the Honorable Holly B. Fitzsimmons, United States Magistrate Judge and the Honorable Alan H. Nevas, Senior United States Judge.

On October 29, 2002 Recommended Ruling on Motion to Dismiss granted the motion to dismiss.   On November 20, 2002, the recommended ruling was approved, adopted and ratified.

Therefore, it is hereby **ORDERED** and **ADJUDGED** that the case is dismissed.

Dated at Bridgeport, Connecticut this 25th day of November, 2002.

KEVIN F. ROWE, Clerk

By  *Alice Montz*
Deputy Clerk

EOD: 11-26-02

THE FRONT OF THIS DOCUMENT IS PINK - THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

# ALABAMA
## AMENDED CERTIFICATE OF LIVE BIRTH
### NOT VALID WITHOUT SECTION 2 ATTACHED

County File Number

State File Number **101**        **43 - 53758**

| 1.NAME | 2.DATE OF BIRTH | 3.TIME OF BIRTH |
|---|---|---|
| Waltrina Rene WHITMAN | September 21, 1943 | 2:00 A.M. |

| 4.SEX | 5.THIS BIRTH | 6.IF NOT SINGLE BIRTH | 7.COUNTY OF BIRTH |
|---|---|---|---|
| Female | Not Stated | --- | Perry |

| 8.CITY, TOWN OR LOCATION OF BIRTH | 9.FACILITY NAME |
|---|---|
| Marion | 228 N. Judson Street |

| 10.SIGNATURE OF ATTENDANT OR CERTIFIER | 11.DATE SIGNED |
|---|---|
| /S/ Harriet A. Lee | Not Stated |

| 12.ATTENDANT'S NAME | 16.CERTIFIER'S NAME |
|---|---|
| Harriet A. Lee | |

| 13.ATTENDANT'S ADDRESS | 17.CERTIFIER'S ADDRESS |
|---|---|
| Marion Rt., Alabama | |

| 14.TYPE OF ATTENDANT | 15.ATTENDANT'S LICENSE NUMBER | 18.CERTIFIER'S TITLE |
|---|---|---|
| Midwife | Not Stated | |

| 19.SIGNATURE OF EITHER PARENT | 20.DATE SIGNED | 21.SSN REQUESTED |
|---|---|---|
| /S/ Not Stated | Not Stated | |

| 22.REGISTRAR'S SIGNATURE | 23.DATE FILED |
|---|---|
| *Dorothy S. Harshbarger* | September 29, 1943 |

| 24.MOTHER'S MAIDEN NAME | 25.MOTHER'S LEGAL NAME |
|---|---|
| Jackson | Charity Whitman |

| 26.MOTHER'S DATE OF BIRTH | 27.MOTHER'S STATE OF BIRTH | 28.MOTHER'S USUAL RESIDENCE-STATE | 29.MOTHER'S RESIDENCE-COUNTY |
|---|---|---|---|
| 22 years old | Alabama | Alabama | Perry |

| 30.MOTHER'S RESIDENCE-CITY OR TOWN AND ZIP CODE | 31.MOTHER'S RESIDENCE-STREET ADDRESS | 32.IN CITY LIMITS |
|---|---|---|
| Marion       36756 | 228 N. Judson Street | |

| 33.FATHER'S NAME | 34.FATHER'S DATE OF BIRTH | 35.FATHER'S STATE OF BIRTH |
|---|---|---|
| Walter Douglas Whitman | 24 years old | Alabama |

## SECTION 2        FACTS AMENDED

Registrant's name changed from Walter Rean Whitman to Waltrina Rene Whitman, per Hartford County, Connecticut, Probate Court Order, filed October 30, 1991. Done: June 24, 1999 snl

6DPH-F-HS 12/8-92 A

I, Dorothy S. Harshbarger, State Registrar of Health Statistics, certify this is a true and exact copy of the original certificate filed in the Center for Health Statistics, State of Alabama, Department of Public Health, Montgomery, Alabama, and have caused the official seal of the Center for Health Statistics to be affixed.

*Dorothy S. Harshbarger*

June 25, 1999        Dorothy S. Harshbarger, State Registrar

# ALABAMA
## Center for Health Statistics

THIS CERTIFICATE MUST BE FILED WITH LOCAL REGISTRAR WITHIN FIVE (5) DAYS AFTER BIRTH

USE TYPEWRITER OR DARK INK

Standard Form HB-1-SOM-6-41

MOTHER'S COMPLETE MAILING ADDRESS

Name. Mrs. Charity J. Whitman

228 N. Judson St.

Marion, Ala.

Department of Commerce
Bureau of the Census

**STANDARD CERTIFICATE OF LIVE BIRTH**

**STATE OF ALABAMA**

State File No.
**53758**

Registrar's No.
**53-0101**

1. PLACE OF BIRTH:
(a) County _Perry_      Beat No. _1_
(b) City or town _Marion_
(If outside city or town limits write RURAL)
(c) Name of hospital or institution:
_228 N. Judson St._
(If not in hospital or institution give street number)
(d) Mother's stay before delivery:
In hospital or institution _____ In this community _C.L_
(Specify whether years, months, or days)

2. USUAL RESIDENCE OF MOTHER: _5-0101_
(a) State _Alabama_
(b) County _Perry_      Beat No. _1_
(c) City or town _Marion_
(If outside city or town limits write RURAL)
(d) Street No. _228 N. Judson St._
(If rural give R. F. D. and Box No.)

3. Full Name of Child _Walter Rean Whitman_

4. Date of Birth _September 21_ 19 _45_
month     day     year

5. Boy or girl _Girl_
6. Twin or triplet? _____ If so—born 1st, 2nd, 3rd _____
(Answer only in event of plural birth)

7. Number of months of pregnancy _9_

8. Is mother married? _Yes_

| FATHER OF CHILD | MOTHER OF CHILD |
|---|---|
| 9. Full name _Walter Douglas Whitman_ 333 | 15. Full maiden name _Charity J. Jackson_ |
| 10. Color or race _Col_ 11. Age at time of this birth _24_ yrs | 16. Color or race _Col_ 17. Age at time of this birth _22_ yrs |
| 12. Where born? _Lynville, Ala_ | 18. Where born? _Marion Al. Ala_ |
| 13. Usual occupation _Defense Job_ | 19. Usual occupation _Housewife_ |
| 14. Industry or business | 20. Industry or business |

21. Other children born to this mother:
(a) How many are now living? _2_
(b) How many were born alive but are now dead? _1_
(c) How many were born dead? _0_

22. CERTIFICATION OF ATTENDANT:
I hereby certify that I attended the birth of this child who was born alive at hour of _2 A_ m. on the date stated above and that the information given above was furnished by _Harriet A. Lee_
related to this child as _midwife_
Signed _Harriet Lee_
M. D., Midwife, or other? (specify) _midwife_
Address _Marion Rt. Ala_

23. Date filed with local registrar _9-29_ 19 _45_
24. Local registrar's signature _First Robinson_

INFORMATION BELOW IS NOT A PART OF THE LEGAL CERTIFICATE
(a) Was a blood test for syphilis made on the mother of this child during pregnancy?
(b) Congenital malformations?
Specify whether clubfoot, harelipped, etc.

I, Dorothy S. Harshbarger, State Registrar of Health Statistics, certify this is a true and exact copy of the original certificate filed in the Center for Health Statistics, State of Alabama, Department of Public Health, Montgomery, Alabama, and have caused the official seal of the Center for Health Statistics to be affixed. 1999-238-600-3

May 24, 1999

_Dorothy S. Harshbarger_
Dorothy S. Harshbarger, State Registrar

# Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Southeastern Program Service Center
2001 Twelfth Avenue, North
Birmingham, Alabama 35285-0001
Date:  April 28, 2003
Claim Number:

0424 MCS,PC3,1,BI,T040,058,153          000003563 02 MB    P 514
WALTRINA WHITMAN-ALLEN
1 DEER MEADOWS DR
APT 1
BLOOMFIELD, CT 06002-1983

Ill....ll..ll....ll....ll..ll.l.l..l..ll.llll....llll..l



You are entitled to monthly disability benefits beginning December 2001.

**The Date You Became Disabled**

We found that you became disabled under our rules on May 13, 1980.

Our records show that you became disabled on May 13, 1980.  By law, we can pay benefits no earlier than 12 months before the month of filing.  Since you filed for benefits on December 9, 2002, monthly payments will begin December 2001.

**What We Will Pay And When**

- You will receive $12,700.00 around May 4, 2003.

- This is the money you are due for December 2001 through March 2003.

- Your next payment of $802.00, which is for April 2003, will be received on or about the fourth Wednesday of May 2003.

- After that you will receive $802.00 on or about the fourth Wednesday of each month.

The day we make payments on this record is based on your date of birth.

Enclosure(s):
Pub 05-10153
Pub 05-10058

C                                    See Next Page

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HA                                              Page 3 of 4

## Do You Disagree With The Decision?

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.

Please read the enclosed pamphlet, "Your Right to Question the Decision Made on Your Social Security Claim". It contains more information about the appeal.

## If You Want Help With Your Appeal

You can have a friend, lawyer or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-860-493-1857. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 9TH FL ONE CORP CTR
> 20 CHURCH ST
> HARTFORD, CT 06103



**Ætna**

Employee Benefits Division
151 Farmington Avenue
Hartford, CT 06156
(203) 273-0123

*New Address*
*Waltrina Whitman Allen*
*1 Deer Meadow Drive*
*Bloomfield Conn. 06002*
*Phone : 242 3409*

August 29, 1983

*Phone : 860-242-3407*

*Waltrina Whitman Allen*
*19 Westland Street*
*Hartford Conn 06120*

Ms. Waltrine Allen
754 Garden Street
Hartford, CT 06112

Dear Ms. Allen:

GROUP POLICY LTD 335623, HARTFORD HOSPITAL, CERTIFICATE NO. 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,
WALTERINE ALLEN

Your application for long term disability benefits has been approved
as of May 13, 1980.

These benefits supplement certain other income described in the en-
closed Notice, so that the total amount from all applicable sources
equals 60% of your basic rate of monthly earnings at  the time your
disability began.  According to our records, you are not now receiving
any other applicable income.  Therefore, your monthly LTD benefit
amounts to $578.24.

Enclosed is our draft for $22,917.58 which represents benefits due
for the period May 13, 1980, through August 31, 1983.  All future
payments for which you qualify will become due on the last day of
each month.

To be considered totally disabled under the terms of Group Policy
LTD 335623, you must be unable, by reason of disease or accidental
injury, to perform the duties of any reasonable occupation.  A
reasonable occupation is any gainful activity for which you are,
or may reasonably become, fitted by education, training or experience.
As you qualify under this test, you will remain eligible for benefits
subject to continuing qualification under all of the  policy terms
and conditions, until the end of the month in which you attain age
65.

*Court of Probate - Hartford Conn.*
*10/30/91 Change Spelling in my Name*
*has been Changed To: Waltrina Whitman-Allen*
*Approved by Judge Robert K. Killian JR.*
*10/30/91*

Page 2
Ms. Allen
August 29, 1983


Periodically, we will require additional information, including objective medical evidence that you remain totally disabled. On these occasions, it will be necessary for us to obtain current information from your attending physician or from a physician of our choice.

If you have any questions concerning your benefits, please let us know when you return the completed Reimbursement Agreement.

Sincerely,

Valerie Zwiercan
Employer Benefits Division - Claim Department
Aetna Life Insurance Company

lgl



# SOCIAL SECURITY

960 Main Street
2nd Floor
Hartford CT 06103

Phone: 860 493-1857
FAX:  860 522-6420
June 8, 2006

Ms. Waltrina Whitman-Allen
1 Deer Meadows Dr Apt 1
Bloomfield CT  06002-1983

Dear Ms. Whitman-Allen,

This letter is in response to your request of February 22, 2006 and March 1, 2006 for information about your Social Security Disability benefits.

We have reviewed the items you submitted to support your claim that Social Security owes you back benefits.   Based on the facts of your case and the documentation, you are receiving the correct amount of benefits and your date of entitlement to benefits was correct.

The documentation you submitted does not support your claim that we owe you additional benefits.   See below for explanations of documents you submitted.

The Administrative Law Judge decision of 4/21/1999 by S T Fuger Jr states that your hearing was dismissed and that the reconsideration decision of 11/23/1998 remains in affect.  The reconsideration decision of 11/23/1998 was a denial of benefits.  Therefore you were not due benefits.

You also submitted the judgment of United States District Court of Bridgeport CT by Holly B Fitzsimmons dated 10/25/2002.  This was a recommended ruling to dismiss your request to appeal a denied request for reopening.  You wanted to appeal our decision where we denied your request to reopen a prior claim.  Social Security law does not allow for appeals of a denial of a request to reopen.  Social Security advised the court that a denial of request to reopen is a not a final decision and therefore cannot be appealed.  The court agreed with Social Security and dismissed your request.  This recommended ruling was approved 11/25/2002.  Your claim to appeal was not granted and therefore you lost your request to reopen your claim.

Also in this judgment, the judge cites decisions made on prior requests and clearly states the facts of your case.   See items noted on the judgment with the numbers 1-7.   These sections are very important and contain relevant facts of your case.

Based on the evidence in file, it appears that you have exhausted your appeal options on your claim for back benefits because the District Court dismissed your request.

Carol-Lynn Smith
Technical Expert

cls

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WALTRINA WHITMAN,                        :

                    PLAINTIFF,           :

            v.                           :       CIVIL NO. 3:01cv1569(AHN)

JO ANNE B. BARNHART,                     :
Commissioner of Social Security,

                    DEFENDANT.           :       March 1, 2002

## ANSWER

Now comes the defendant herein, Jo Anne B. Barnhart, Commissioner of Social

Security, through her counsel, John A. Danaher III, United States Attorney for the

District of Connecticut, and Ann M. Nevins, Assistant United States Attorney, and for

her answer alleges as follows:

1.    Defendant admits the allegations contained in paragraphs 1, 2, and 3.

2.    Defendant denies the allegations contained in paragraphs 4, 5.B and 8.

3.    With respect to the allegations in paragraphs 6 and 7, defendant notes that

plaintiff's applications for disability benefits of record are dated December 17, 1981,

April 21, 1983 and September 24, 1984.  The first application dated December 17,

1981, was an unfavorable decision which became the final decision of the

Commissioner on March 31, 1983 and plaintiff sought no further appeal.  The second

application dated April 21, 1983,  was an unfavorable decision which became the final

decision of the Commissioner on June 23, 1984 and plaintiff sought no further appeal.

The third application was filed on September 24, 1984, and became the final decision

of the Commissioner on December 10, 1987.  In May 1990, United States District

Judge Peter C. Dorsey issued a decision upholding the denial of disability benefits

Judge Dorsey's opinion was not appealed (Waltrine Allen v. Lous W. Sullivan, M.D.,

Secretary of Health & Human Services, Case No. H88-283 (PCD)).

4.    Defendant further responds to the allegations in paragraphs 6 and 7, by

noting that plaintiff applied for Supplemental Security Income ("SSI") benefits on

October 20, 1994 and November 27, 1995. The first application for SSI benefits, dated

October 20, 1994, was denied initially and no further action was taken. The second

application was granted in part and the plaintiff was determined to be disabled as of

January 6, 1993.

5.    In accordance with Section 205(g) of the Social Security Act, 42 U.S.C.

§ 405(g), defendant files as part of this Answer a certified copy of the transcript of

record including the evidence upon which the findings of fact of the Commissioner of

Social Security are supported by substantial evidence and are conclusive.

WHEREFORE, defendant prays for judgment dismissing the Complaint with

costs and disbursements and for judgment in accordance with Section 205(g) of the

Social Security Act, 42 U.S.C. 405(g), as is incorporated by 1631(c)(3) of the Social

Security Act, 42 U.S.C. 1383(c)(3), affirming the decision complained of.

Respectfully submitted,

JOHN A. DANAHER III
UNITED STATES ATTORNEY

ANN M. NEVINS
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT06484
915 LAFAYETTE BLVD., ROOM 309
BRIDGEPORT, CT 06604
(203) 696-3000

## CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing Answer and a copy of the certified Transcript have been mailed this 1st day of March, 2002, to:

Ms. Waltrina Whitman
Pro Se Plaintiff
1 Deer Meadow Drive
Bloomfield, CT 06002

ANN M. NEVINS
ASSISTANT UNITED STATES ATTORNEY

3

SOCIAL SECURITY ADMINISTRATION

## REQUEST FOR RECONSIDERATION

TOE 710

Form Approved
OMB No. 0960-0622

NAME OF CLAIMANT

NAME OF WAGE EARNER OR SELF-EMPLOYED PERSON (If different from claimant.)

(Do not write in this space)

Waltrina Whitman-Allen

SOCIAL SECURITY CLAIM NUMBER

SUPPLEMENTAL SECURITY INCOME (SSI) OR SPECIAL VETERANS BENEFITS (SVB) CLAIM NUMBER

SPOUSE'S NAME (Complete ONLY in SSi cases)

SPOUSE'S SOCIAL SECURITY NUMBER (Complete ONLY in SSi cases)

CLAIM FOR (Specify type, e.g., retirement, (disability,) hospital insurance, SSI, SVB, etc.)
Social Security

I do not agree with the determination made on the above claim and request reconsideration. My reasons are:

Waltrina Whitman-Allen was Found Disabled Under Social Security Disability Insurance Benefits Rules on May 13, 1980. Waltrina Whitman Allen Filed Claim for Social Security Disability Benefits From December 17, 1981 Constant to December 9, 2001 for Social security Disability Insurance The Social Security Disability Benefits Owe Waltrina Whitman-Allen Back Monies &

## SUPPLEMENTAL SECURITY INCOME OR SPECIAL VETERANS BENEFITS RECONSIDERATION ONLY

(See the three ways to appeal in the How To Appeal Your Supplemental Security Income (SSI) Or Special Veterans Benefit (SVB) Decision Instructions.)
"I want to appeal your decision about my claim for Supplemental Security Income (SSI) or Special Veterans Benefits (SVB). I've read about the three ways to appeal. I've checked the box below."

☒ Case Review    ☐ Informal Conference    ☒ Formal Conference

### EITHER THE CLAIMANT OR REPRESENTATIVE SHOULD SIGN - ENTER ADDRESSES FOR BOTH

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

CLAIMANT SIGNATURE

SIGNATURE OR NAME OF CLAIMANT'S REPRESENTATIVE
☒ NON-ATTORNEY    ☐ ATTORNEY

Ms. Waltrina Whitman - Allen

MAILING ADDRESS
1 Deer Meadows Dr Apt 1

MAILING ADDRESS

| CITY Bloomfield | STATE CT | ZIP CODE 06002- | CITY | STATE | ZIP CODE |

| TELEPHONE NUMBER (Include area code) 860-242-3407 | DATE 7/28/2005 | TELEPHONE NUMBER (Include area code) | DATE |



### TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION

See list of initial determinations

| 1. HAS INITIAL DETERMINATION BEEN MADE? | ☐ YES | ☐ NO | 2. CLAIMANT INSISTS ON FILING | ☐ YES | ☐ NO |

3. IS THIS REQUEST FILED TIMELY?
(If "NO", attach claimant's explanation for delay and attach only pertinent letter, material, or information in social security office.)    ☐ YES    ☐ NO

RETIREMENT AND SURVIVORS RECONSIDERATIONS ONLY (CHECK ONE) REFER TO (GN 03102.125)

SOCIAL SECURITY OFFICE ADDRESS

☐ NO FURTHER DEVELOPMENT REQUIRED    (PGN 03102.125P)
☐ REQUIRED DEVELOPMENT ATTACHED
☐ REQUIRED DEVELOPMENT PENDING, WILL FORWARD OR ADVISE STATUS WITHIN 30 DAYS

ROUTING INSTRUCTIONS
(CHECK ONE)

☐ DISABILITY DETERMINATION SERVICES (ROUTE WITH DISABILITY FOLDER)
☐ ODO, BALTIMORE

☐ PROGRAM SERVICE CENTER
☐ OIO, BALTIMORE
☐ OEO, BALTIMORE

☐ DISTRICT OFFICE RECONSIDERATION
☐ CENTRAL PROCESSING SITE (SVB)

Social Security office, the Veterans Affairs Regional Office in Manila or any

# ADMINISTRATIVE ACTIONS THAT ARE INITIAL DETERMINATIONS
(See GN03101.070, GN03101.080, and SI04010.010)

NOTE: These lists cover the vast majority of admin-istrative actions that are initial determinations. However, they are not all inclusive.

## Title II

1. Entitlement or continuing entitlement to benefits;
2. Reentitlement to benefits;
3. The amount of benefit;
4. A recomputation of benefit;
5. A reduction in disability benefits because benefits under a worker's compensation law were also received;
6. A deduction from benefits on account of work;
7. A deduction from disability benefits because of claimant's refusal to accept rehabilitation services;
8. Termination of benefits;
9. Penalty deductions imposed because of failure to report certain events;
10. Any overpayment or underpayment of benefits;
11. Whether an overpayment of benefits must be repaid;
12. How an underpayment of benefits due a deceased person will be paid;
13. The establishment or termination of a period of disability;
14. A revision of an earnings record;
15. Whether the payment of benefits will be made, on the claimant's behalf to a representative payee, unless the claimant is under age 18 or legally incompetent;
16. Who will act as the payee if we determine that representative payment will be made;
17. An offset of benefits because the claimant previously received Supplemental Security Income payments for the same period;
18. Whether completion of or continuation for a specified period of time in an appropriate vocational rehabilitation program will



significantly increase the likelihood that the claimant will not have to return to the disability benefit rolls and thus, whether the claimant's benefits may be continued even though the claimant is not disabled;
19. Nonpayment of benefits because of claimant's confinement for more than 30 continuous days in a jail, prison, or other correctional institution for conviction of a criminal offense;

## Title XVI

1. Eligibility for, or the amount of, Supple-mental Security Income benefits;
2. Suspension, reduction, or termination of Supplemental Security Income benefits;
3. Whether an overpayment of benefits must be repaid;
4. Whether payments will be made, on claimant's behalf to a representative payee, unless the claimant is under age 18, legally incompetent, or determined to be a drug addict or alcoholic;
5. Who will act as payee if we determine that representative payment will be made;
6. Imposing penalties for failing to report important information;
7. Drug addiction or alcoholism;
8. Whether claimant is eligible for special SSI cash benefits;
9. Whether claimant is eligible for special SSI eligibility status;
10. Claimant's disability; and
11. Whether completion of or continuation for a specified period of time in an appropriate vocational rehabilitation program will significantly increase the likelihood that claimant will not have to return to the disability benefit rolls and thus, whether claimant's benefits may be continued even though he or she is not disabled.

NOTE: Every redetermination which gives an individual the right of further review constitutes an initial determination.

## Title VIII (See VB 02501.035)

1. Meeting or failing to meet the qualifying and/or entitlement factors for special veterans benefits (SVB);



payments;
3. Applicability of a disqualifying event prior to SVB entitlement;
4. Administrative actions in SVB cases similar to those listed under title II—items 3, 4, 10, 11 & 16.

## Title XVIII