United States District Court
District of Connecticut

WalTrina Whitman
    Plaintiff        Case no: 3:01CV-01569(AHN)

Social Security Administration
        Denfendant    Date: September 24, 2006

        Object

To Whom it may concern;

My name is WalTrina Whitman-Allen I am under the Doctor's care and Taking Medication's Precribed by my Doctor's I am suffering severe Chronic Back Pains, Deppression, Throat and Stomach Pains, High Blood pressure and Diabet.

Due to my illness, I could-not comprehend basic on my state of mind at this time

        Justice Was-not Served

WalTrina Whitman-Allen had numerous of Attorney's I applied for both: Social Security Disability Benifits and Supplement Security Income (SSI) I Applied since December 17, 1981 until December 9, 2001.

        Justice Was-not Served
        Thank You

Date: September 24, 2006
Sign: WalTrina Whitman
Sign: WalTrina Whitman-Allen
    1 Deer Meadow Drive
    Bloomfield Conn. 06002
Social Security no:
Phone Number's 860-242-3407

United States District Court

District of Connecticut

Civil No3:01CV1569AHN

Certificate of Service

Object

I hereby mailed copies Date: October 9, 2006 motion to appeal.

Office of the Clerk
United States District Court
U.S Court House
915 Lafayette Boulevard
Bridgeport, CT 06004

Ann M. Nevins
U.S. Attorney Office BPT
915 Lafayette Blvd. Room 309
Bridgeport, CT 06004

Date: _October 9, 2006_
Sign: _WalTrina Whitman_
Sign: _WalTrina Whitman-Allen_

Address: 1 Deer Meadow Drive
         Bloomfield, CT 06002
SS: 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
Phone no's: 860-242-3407

United States District Court

District of Connecticut

Waltrina Whitman
Plaintiff

v.                                                                Civil No3:01CV1569AHN

Social Security Administration
Defendant

October 9, 2006

To whom it may concern,

My name is Waltrina Whitman-Allen. I am under the Doctor's care and taking medications prescribed by my doctor's. I am suffering sever chronic back pain, depression, throat and stomach pain, high blood pressure and diabetes. Due to my illness, I could not comprehend based on my state of my mind at the time. I am not ignorant. I am ill.

Justice was not served Waltrina Whitman-Allen had numerous of Attorney's. I applied for both: Social Security Disability Benefits and Social Security Income (SSI). I applied since December 17, 1981 until December 9, 2001.

Justice was not served. Please help me.

Thank you.

Date: *October 9, 2006*
Sign: *Waltrina Whitman*
Sign: *Waltrina Whitman-Allen*

Address: 1 Deer Meadow Drive
         Bloomfield, CT 06002
SS: 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
Phone no's: 860-242-3407