United States District Court

District of Connecticut

Waltrina Whitman
Plaintiff

v.

Social Security Administration
Defendant

Civil No3:01CV1569AHN

Object

October 9, 2006

To whom it may concern,

My name is Waltrina Whitman-Allen. I am under the Doctor's care and taking medications prescribed by my doctor's. I am suffering sever chronic back pain, depression, throat and stomach pain, high blood pressure and diabetes. Due to my illness, I could not comprehend based on my state of my mind at the time. I am not ignorant. I am ill.

Justice was not served

Waltrina Whitman-Allen had numerous of Attorney's. I applied for both: Social Security Disability Benefits and Social Security Income (SSI). I applied since December 17, 1981 until December 9, 2001.

Justice was not served. Please help me.

WalTrina Whitman-Allen

Thank you.

Date: October 9, 2006
Sign: [signature]
Sign: [signature]

Address: 1 Deer Meadow Drive
Bloomfield, CT 06002
SS:
Phone no's: 860-242-3407

United States District Court

District of Connecticut

Civil No3:01CV1569AHN

Certificate of Service

Object

I hereby mailed copies Date: October 9, 2006 Object

Office of the Clerk
United States District Court
U.S Court House
915 Lafayette Boulevard
Bridgeport, CT 06004

Ann M. Nevins
U.S. Attorney Office BPT
915 Lafayette Blvd. Room 309
Bridgeport, CT 06004

Date: [illegible]
Sign: [illegible]
Sign: [illegible]

Address: 1 Deer Meadow Drive
Bloomfield, CT 06002
SS:
Phone no's: 860-242-3407

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---

Waltrina Whitman

vs. :Civil No. 3:01cv1569 (AHN)

Social Security Admin

---

**ORDER RETURNING SUBMISSION**

The Clerk has received your Untitled Submisssion however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. ✔ L.R.5(b)
   - ✔ No certificate of service attached to pleading
   - _ Certificate of service fails to list names and addresses of all parties served
   - _ Certificate of service is not signed
2. _ L.R.5(d) Failure to submit document under seal
3. ✔ L.R.10
   - _ Failure to sign pleading (original signature)
   - ✔ Failure to double space
   - _ Margin is not free of printed matter
   - _ Left hand margin is not one inch:
   - _ Judge's initials do not appear after the case number
   - _ Docket number is missing
   - _ Failure to supply federal bar number
   - _ Holes not punched in document
4. _ L.R.83.1(d) Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court
5. _ Other ___

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date: 9/28/06

[signature]
United States District Judge

(TRB)

rev. 7/18/05

United States District Court
District of Connecticut

[illegible]
Plaintiff

Case No 3:01CV1569(AHN)

[illegible]
Defendant [illegible]

[illegible]

My [illegible]

[illegible] State [illegible]

[illegible]

[illegible] 15 [illegible]

[illegible] compile and supplement [illegible]

December 17,1981 until December 4 [illegible]

[illegible]

Thank you

[illegible] Signature [illegible]

Sign [illegible]

Name: [illegible]

[illegible]