1 Deer Meadow Drive, Apt. 1
Bloomfield, CT 06002
February 6, 2007

FILED

2007 FEB -9 P 1:10

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

United States Senior Judge Honorable Alan H. Nevas
United States District Court
U.S. Court House
915 Lafayette Boulevard
Bridgeport, CT 06604

Waltrina Whitman
    Plaintiff
  vs
Social Security Administration
    Defendant

Civil No. 3:01 cv 1569 (AHN)

## Motion to Appeal

Her name: Ms. Waltrina Whitman-Allen. She is suffering from major medical reasons. She could not comprehend based on her state of mind at that time. Due to her illness, she could not file appeal to Social Security Administration on time.

### (Pleading)

Ms. Waltrina Whitman-Allen's daughter, in the spring of 2003 underwent major surgery in Hartford Hospital. She was in critical condition and in intensive care. She was so severely ill for at least six months until her doctors told Ms. Whitman-Allen her daughter was not going to survive! Her doctors said she might die!

Ms. Waltrina Whitman-Allen's daughter again underwent major surgery in 2004 at The University of Connecticut Health Center, Dempsey Hospital, in Farmington, CT. Her daughter was in critical

Whitman

vs

SSA, et al

condition in intensive care. Her daughter's doctors told her she might not survive.

Ms. Waltrina Whitman-Allen has continued treatment since April 2000. She is suffering from Major Depression so severely impaired she could not concentrate. She was very confused. She also has severe chronic back pains, and throat and stomach pains. She also has high blood pressure, severe headaches and insomnia. She has Type II Diabetes Mellitus. Due to her illnesses she could Not comprehend based on her state of mind at that time. Ms. Waltrina Whitman-Allen was unable to file appeal to Social Security Administration on time. She was too ill.

Ms. Waltrina Whitman-Allen is still under medical and psychiatric care. Ms. Waltrina Whitman-Allen is still taking medication prescribed by her medical and psychiatric providers. Ms. Waltrina Whitman-Allen has made some improvement but must remain in treatment.

Thank you.

Whitman

vs

SSA, et al

Page 3

Date: February 6, 2007

Sign: WalTrina Whitman

Sign: WalTrina Whitman-Allen

SSN:

Phone No. 860-242-3407

United States District Court

District of Connecticut

Civil No: 301CV1569 A.H.N>

## Certificate of Service

I hereby mailed off copies, Date _February 6, 2007_ _____Motion for Appeal.

United State Senior Judge
Honorable Alan H. Nevas
United States District Court
United States Court House
915 Lafayette Boulevard
Bridgeport, CT 06604

Office of the Clerk
United States District Court
U.S Courthouse
915 Lafayette Boulevard
Bridgeport, CT 06604

John Danaher III
United State Attorney
Federal Bar No CT 06484
915 Lafayette Boulevard Room 309
Bridgeport, CT 06604

Ann M. Nevins
Assistant Untied States Attorney
Federal Bar No. CT 06484
915 Lafayette Boulevard Room 309
Bridgeport, CT 06604

Thank you

Date: _February 6, 2007_
Sign: _WalTrina Whitman_
Sign: _WalTrina Whitman-Allen_
Address: 1 Deer Meadow Drive Apt. 1
        Bloomfield, CT 06002
Social Security no. ___
Phone No: 860-242-3407