United States District Court
District of Connecticut

**FILED**

2007 MAY 21  P 12: 58

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Waltrina Whitman-Allen
Plaintiff
vs.
Social Security Administration
Defendant

Civil no: 301CV1569 (AHN)
May  18, 2007

Motion to Recommend

I am Ms. Waltrina R Whitman-Allen. I am suffering major Depression so severely impaired I could not comprehend based on my state of mind. I could not function 45 minutes a day. I was very confused I could not file appeal to Social Security Administration award letter date April 28, 2003 on time Based on my state of mind I was too ill at that time.

Ms. Waltrina Whitman-Allen daughter in Spring of 2003 underwent surgery in Hartford Hospital she was in critical condition in intensive care. She was severely ill for at least six months. My daughter Doctor's told me my daughter was not going to survive! My daughter doctor told me my daughter might die.

Ms. Waltrina Whitman-Allen daughter underwent major surgery in 2004 at University of Connecticut Health Center Dempsey Hospital in Farmington CT my daughter was in critical condition in intensive care. My daughter doctor's told me that my daughter may not survive!

Ms. Waltrina Whitman-Allen has continued treatment since April 2000. I am suffering from major depression so severely impaired I could not concentrate. I was very confused I have chronic back pain, throat and stomach pains, high blood pressure, severe headaches and

insomnia. I have Type II Diabetes. Due to my illness I could not comprehend based on my state of mind at that time.

Ms. Waltrina Whitman-Allen is still under medical and Psychiatric care Ms. Waltrina Whitman-Allen is taken medication. Prescribed by her medical and psychiatric providers. Ms. Waltrina Whitman- Allen has made some improvement but must remain in treatment. Thank God, all doctors, all nurses and everyone who help my daughter and me.

Social Security Administration Award letter Dated April 28, 2003. We found Ms. Waltrina Whitman-Allen became disabled under our rules on May 13, 1980. Social Security Administration underpaid Ms. Waltrina Whitman-Allen Social Security Administration owe Ms. Waltrina Whitman-Allen some Disabilities monies. Because Social Security Administration underpaid Ms. Waltrina Whitman-Allen Disability Benefits Social Security Administration Paid Ms. Waltrina Whitman-Allen one year and four months Disability Benefits.

Justice was not served.

Watrina Whitman-Allen was employee at Hartford Hospital for eleven years Waltrina Whitman-Allen became disabled on May 13, 1980. She was insured by Aetna Long Term Disability Insurance Company. They paid me long term disability Insurance Disability because I am Disabled.

(Justice was served.)

Waltrina Whitman- Allen had numerous of Attorney's. I applied for both Social Security

Disability and Social Security Income (SSI) December 17, 1981 until December 9, 2001.

Waltrina Whitman-Allen award letter dated: April 28, 2003 stated Waltrina Whitman Allen

became disabled under Social Security Administration rules on May 13, 1980. Social Security

Administration underpaid Waltrina Whitman-Allen Disability Benefits.

Social Security Administration Paid Ms. Waltrina Whitman Allen one year and four months.

When Ms. Waltrina Whitman-Allen became disabled under Social Security Administration rules

on May 13, 1980. Ms. Waltrina Whitman-Allen. Social Security Administration owes Ms.

Waltrina Whitman-Allen some Disability monies.


Justice has not been served.


In Hartford CT Court, Probate Judge Robert K. Killian Jr. changed the spelling in my name to;

Waltrina Rene Whitman on my birth certificate  Dated: 10-30-1991.


Name on my medical records: Waltrina Whitman-Allen. Ms Waltrina R. Whitman-Allen. (I am

the same person).


Thank you,

Dated: _May 18, 2007_

Signature: _Ms. Waltrina Whitman-Allen_

Address: _1 Deer Meadow Drive Apt. 1_

_Bloomfield Ct. 06002_

Social Security No: _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A_

Phone No: _860-242-3407_

P.S. Ms. Waltrina Whitman Allen is still disabled. I want what belongs to me.

Thank you

Signature: _Ms. WalTrina Whitman-Allen_



Aetna Life Insurance Company
Maine Disability Service Center
PO Box 14554
Lexington, KY 40512-4554

**Cathy L. Carlson**
Long Term Disability Analyst
Phone: 877-465-0424
Fax: 866-888-2308

## ** MAINTAIN A COPY OF THIS LETTER FOR YOUR RECORDS **

March 27, 2007

Waltrina R. Whitman-Allen
1 Deer Meadow Drive Apt 1
Bloomfield, CT  06002

**Long Term Disability**

Group Control No:  335623
Employer:            Hartford Hosp
Employee:           Waltrina R. Whitman-Allen

Dear Waltrina R. Whitman-Allen:

This letter is confirmation of benefits that you recently requested.

Our records show that you are receiving long term benefits in the amount of $578.24 per month.  Subject to the terms and conditions of your plan, this income may continue through September 30, 2008.  This benefit is subject to reduction by offset of all other applicable income you receive.  Please review the summary plan description of your disability plan for other income benefits that will reduce your disability benefit.

If you have any questions, please call 877-465-0424.

Sincerely,

Cathy L. Carlson

Cathy L. Carlson
Aetna Life Insurance Company

# ALABAMA
## AMENDED CERTIFICATE OF LIVE BIRTH
### NOT VALID WITHOUT SECTION 2 ATTACHED

State File Number 101    43 - 53758

County File Number

| 1. NAME | 2. DATE OF BIRTH | 3. TIME OF BIRTH |
|---|---|---|
| Waltrina Rene WHITMAN | September 21, 1943 | 2:00 A.M. |

| 4. SEX | 5. THIS BIRTH | 6. IF NOT SINGLE BIRTH | 7. COUNTY OF BIRTH |
|---|---|---|---|
| Female | Not Stated | --- | Perry |

| 8. CITY, TOWN OR LOCATION OF BIRTH | 9. FACILITY NAME |
|---|---|
| Marion | 228 N. Judson Street |

| 10. SIGNATURE OF ATTENDANT OR CERTIFIER | 11. DATE SIGNED |
|---|---|
| /S/ Harriet A. Lee | Not Stated |

| 12. ATTENDANT'S NAME | 16. CERTIFIER'S NAME |
|---|---|
| Harriet A. Lee | |

| 13. ATTENDANT'S ADDRESS | 17. CERTIFIER'S ADDRESS |
|---|---|
| Marion Rt., Alabama | |

| 14. TYPE OF ATTENDANT | 15. ATTENDANT'S LICENSE NUMBER | 16. CERTIFIER'S TITLE |
|---|---|---|
| Midwife | Not Stated | |

| 19. SIGNATURE OF EITHER PARENT | 20. DATE SIGNED | 21. SSN REQUESTED |
|---|---|---|
| /S/ Not Stated | Not Stated | |

| 22. REGISTRAR'S SIGNATURE | 23. DATE FILED |
|---|---|
| Dorothy S. Harshbarger | September 29, 1943 |

| 24. MOTHER'S MAIDEN NAME | 25. MOTHER'S LEGAL NAME |
|---|---|
| Jackson | Charity Whitman |

| 26. MOTHER'S DATE OF BIRTH | 27. MOTHER'S STATE OF BIRTH | 28. MOTHER'S USUAL RESIDENCE-STATE | 29. MOTHER'S RESIDENCE-COUNTY |
|---|---|---|---|
| 22 years old | Alabama | Alabama | Perry |

| 30. MOTHER'S RESIDENCE-CITY OR TOWN AND ZIP CODE | 31. MOTHER'S RESIDENCE-STREET ADDRESS | 32. IN CITY LIMITS |
|---|---|---|
| Marion      36756 | 228 N. Judson Street | |

| 33. FATHER'S NAME | 34. FATHER'S DATE OF BIRTH | 35. FATHER'S STATE OF BIRTH |
|---|---|---|
| Walter Douglas Whitman | 24 years old | Alabama |

## SECTION 2 — FACTS AMENDED

Registrant's name changed from Walter Rean Whitman to Waltrina Rene Whitman, per Hartford County, Connecticut, Probate Court Order, filed October 30, 1991.  Done:  June 24, 1999 snl

ADPH-F-HS 12/8-92 A

I, Dorothy S. Harshbarger, State Registrar of Health Statistics, certify this is a true and exact copy of the original certificate filed in the Center for Health Statistics, State of Alabama, Department of Public Health, Montgomery, Alabama, and have caused the official seal of the Center for Health Statistics to be affixed.

June 25, 1999

Dorothy S. Harshbarger

Dorothy S. Harshbarger, State Registrar

THE FRONT OF THIS DOCUMENT IS PINK - THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

# ALABAMA
## Center for Health Statistics

THIS CERTIFICATE MUST BE FILED WITH LOCAL REGISTRAR WITHIN FIVE (5) DAYS AFTER BIRTH

USE TYPEWRITER OR DARK INK

Standard Form 51-50M c G

MOTHER'S COMPLETE MAILING ADDRESS

Name Mrs. Charity J. Whitman
228 N. Judson St.
Marion, Ala.

Department of Commerce
Bureau of the Census

**STANDARD CERTIFICATE OF LIVE BIRTH**
**STATE OF ALABAMA**

State File No. **53756**
Registrar's No. 53-0101

1. PLACE OF BIRTH:
(a) County Perry    Beat No. 1
(b) City or town Marion (If outside city or town limits write RURAL)
(c) Name of hospital or institution 228 N. Judson St. (If not in hospital or institution give street number)
(d) Mother's stay before delivery:
In hospital or institution ____ In this community ____ (Specify whether years, months, or days)

2. USUAL RESIDENCE OF MOTHER 530101
(a) State Alabama
(b) County Perry    Beat No. 1
(c) City or town Marion (If outside city or town limits write RURAL)
(d) Street No. 228 N. Judson St. (If rural give R. F. D. and Box No.)

3. Full Name of Child Walter Rean Whitman
4. Date of Birth September 21 1943 month day year

5. Boy or girl Girl
6. Twin or triplet? (Answer only in event of plural birth) If so—born 1st, 2nd, 3rd
7. Number of months of pregnancy 7
8. Is mother married? Yes

**FATHER OF CHILD**
9. Full name Walter Douglas Whitman SSS
10. Color or race Col.
11. Age at time of this birth 24 yrs.
12. Where born? Tyrott Al. Ala.
13. Usual occupation Defense Job
14. Industry or business

**MOTHER OF CHILD**
15. Full maiden name Charity Jackson
16. Color or race Col.
17. Age at time of this birth 22 yrs.
18. Where born? Marion Al. Ala.
19. Usual occupation Housewife
20. Industry or business

21. Other children born to this mother:
(a) How many are now living? 2
(b) How many were born alive but are now dead? 1
(c) How many were born dead? 0

22. CERTIFICATION OF ATTENDANT:
I hereby certify that I attended the birth of this child who was born alive at hour of ____ m. on the date stated above and that the information given above was furnished by
related to this child as my aunt wife
Signed by Attie L. Lee
M. D., Midwife, or other? (specify) midwife
Address Marion Al. Ala.
23. Date filed with local registrar 9-25 1943
24. Local registrar's signature Fred Robinson

INFORMATION BELOW IS NOT A PART OF THE LEGAL CERTIFICATE
(a) Was a blood test for syphilis made on the mother of this child during pregnancy?
(b) Confidential information?
Specify whether clubfoot, harelipped, etc.

I, Dorothy S. Harshbarger, State Registrar of Health Statistics, certify this is a true and exact copy of the original certificate filed in the Center for Health Statistics, State of Alabama, Department of Public Health, Montgomery, Alabama, and have caused the official seal of the Center for Health Statistics to be affixed. 1999-238-600-3

May 24, 1999

Dorothy S. Harshbarger, State Registrar

# Attending Physician Statement

**Aetna**

**Complete and sign the form using BLUE or BLACK ink.**

Aetna Life Insurance Company
P.O. Box 14554
Lexington, KY 40512-4554

**1. Patient Instructions –** The Physician will complete Sections 2 through 7.
The Patient will complete Section 1.
The Patient should also fill in their name at the top of Pages 2 and 3

---

The *Patient* is responsible for completing this section, and for **ensuring that their Attending Physician completes the remainder of this statement**. The Patient is responsible for paying any fees that may be charged for completion of this form by their physician. **If you have any questions, please call (877) 465-0424.**

(a) Control Number _335623_
(b) _Whitman-Allen, Waltrina_     Social Security Number     _09-21-1943_ Birth Date (MM/DD/YYYY)    _15"4_ Height    _165_ Weight(lb)
Patient Name (Last, First, Middle Initial)
(c) Patient Gender ☐ Male  ☒ Female
(d) _1 Deer Meadow Drive Apt.1 Bloomfield Conn. 06002_  ☐ Check if New
Patient Home Address – Required (Current No., St., Town, State, Zip – no PO boxes)
(e) Mailing Address, if different from Home address _____
(f) Patient Employer Name/City/State _Hartford Hospital  Hartford Conn. 06102_
(g) Patient Telephone Number _860-242-3407_   ☐ **Check if New**
(h) Job Title/Occupation _____
(i) Type of Claim: ☐ Short Term Disability  ☒ Long Term Disability  ☐ Waiver of Premium
☒ Long Term / Permanent Total Disability

---

## 2. Physician Instructions

The *Attending Physician* should complete the items below, based upon a recent examination. Attach additional documentation as needed. If you have any questions, please call (877) 465-0424.

**Please complete form in its entirety and fax to (866) 888-2308. Pages 2 and 3 MUST be completed before faxing.**

---

## 3. Impairing Diagnosis & Treatment

(a) For medical reasons, the patient will need to be absent from work due to a disability beginning
on _11/7/2006_ and ending on _Indefinite_ .
   (MM/DD/YYYY)          (MM/DD/YYYY)
(b) Primary Diagnosis _Major Depression_          Primary ICD Code _____
Secondary Diagnosis _DM2_          Secondary ICD Code _____
Other Diagnoses _Chronic back pain, HTN_          Other ICD Codes _11/7/06_
(c) Height _64"_   Weight _165_   Date Measured (MM/DD/YYYY) _11/7/06_
(d) If Pregnancy related, delivery or expected date    MM _____ DD _____ YYYY _____
Delivery Type: ☐ Vaginal  ☐ Cesarean
(e) Primary Procedure _____          Primary CPT Code _____
Secondary Procedure _____          Secondary CPT Code _____
Other Procedures _____          Other CPT Codes _____
(f) Medication(s)/Dose/Frequency _Nabumetone 500mg qd, Lisinopril 5mg qd, HCTZ 25mg qd, Prevacid 30mg qd, Glyburide 20mg qd, Seroquel 100mg qd, Paxil 30mg qd, Imipramine 25mg qd_
Impairment from medication effects _____
(g) Is patient still under your care for this condition? ☐ Yes   ☐ No, date service terminated _____
                                                                              (MM/DD/YYYY)
(h) Treatment summary _Patient has DM which is controlled with above meds. She also sees a Psychiatrist_
(i) Office visit dates: First _07/22/2005_ Last _11/1/06_ Next _12/01/2006_ Frequency of appointments _4months_
                    (MM/DD/YYYY)    (MM/DD/YYYY)    (MM/DD/YYYY)
(j) Was patient recently hospitalized? ☒ No ☐ Yes  Date hospitalized: Admit _____ Discharge _____
                                                                         (MM/DD/YYYY)          (MM/DD/YYYY)
(k) Hospital Name/City/State _____

---

AP DT 01-001 ME
GC-1486-1 (8-05)

R-POD

Page 2

Patient Name *(Last, First Middle Initial)* **Required**

*Whitman-Allen, Waltrina R.*

## 4. History

(a) Symptoms: *Symptoms of Depression, Anxiety, Back pain*

(b) Date symptoms first appeared or accident happened ............ MM *1* DD *12* YYYY *1994*

(c) Has patient ever had same or similar condition? ☐ No ☑ Yes, state when and describe. → *Continues to have*

(e) Is condition due to injury or sickness arising out of patient's employment? ☑ No ☐ Yes ☐ Unknown

(f) Other Treating Physicians
Name *Psychiatrist*  Specialty *Psychiatry*  City _____ State *CT*
Name _____  Specialty _____  City _____ State _____

## 5. Abilities/Limitations

(a) **Patient is:** Place remarks in item (d) below, if applicable.

- Competent to endorse checks and direct the use of proceeds thereof — ☑ Yes ☐ No ☐ Other/describe in (d)
- Able to work with others ........................................................ ☐ Yes ☑ No ☐ Other/describe in (d)
- Able to give supervision ........................................................ ☐ Yes ☑ No ☐ Other/describe in (d)
- Able to work cooperatively with others in group setting.................. ☐ Yes ☑ No ☐ Other/describe in (d)
- **Able to do? Select one:** Place remarks in item (d) below, if applicable.
  - ☐ **Heavy work** activity. No limitations of functional capacity.
  - ☐ **Medium work** activity. Exerting 20-50 pounds of force occasionally, and/or 10-25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly
  - ☐ **Light work** activity. Exerting up to 20 pounds of force occasionally and/or up to 10 pounds of force frequently
  - ☐ **Sedentary work** activity – moderate limitation of functional capacity. Exerting up to 10 pounds of force occasionally. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time
  - ☑ **No ability to work.** Severe limitation of functional capacity; incapable of minimal activity
  - ☐ **Other.** Place remarks in item (d) below.

(b) **What medical restrictions/limitations are you placing on patient?** *(Activities of Daily Living, Driving, Lifting, Pulling, Pushing, and Amounts, etc.)* *Chronic back pain*

- Number of Hours patient is capable of working in a day: ☐ 12 ☐ 10 ☐ 8 ☐ 6 ☐ 4 ☐ 2 ☐ 1 Hour/Day
- Number of Days per week patient is able to work: ........ ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 Days/Week
- Date you prescribed restriction on work activities ......... Month _____ Day _____ Year _____
- How long are these restrictions/limitations in effect? _____ ☐ No Longer
  Days    Weeks    Months
- Estimated return to work date? _____ modified duty _____ full duty _____
  (MM/DD/YYYY)                    (MM/DD/YYYY)

*Not able to work*

(c) **Objective findings that substantiate impairment** *(current laboratory, physical and/or mental status examination, and other testing)* *Severe back pain & major depression*

(d) Other/Comments _____

## 6. Current Status

(a) Patient has ................................ ☐ Improved ☑ Stabilized ☐ Regressed ☐ Not Applicable

(b) Is there a medical contraindication for patient to participate in Vocational Rehabilitation (job training) programs?
☑ No ☐ Yes, please explain _____

(c) In your opinion, is your patient motivated to return to work? *No*

## 7. Physician Information

Attending Physician's Name *(Print)* *Luis Diaz*  | Degree *MD* | Specialty *I.M. /Endo*
Address *(No. Street, City, State, Zip Code)* *1000 Asylum Ave, Hartford, CT 06105* | Telephone Number *800-714-4847* | Fax Number *860-714-8275*
Signature *(signature)* | Date *(MM/DD/YYYY)* *11/17/2006*

**AP DT 01-001 ME**
GC-1486-1 (8-05)

**PATH**
*Outpatient Services*

November 14, 2006

United States Senior Judge
Honorable Alan H. Nevas
United States District Court
U. S. Court House
915 Lafayette Boulevard
Bridgeport, CT 06604

Re: Waltrina Whitman-Allen vs. Social Security Administration
    Civil No. 3:0!cv1569 (AHN)

Dear Judge Nevas:

Ms. Waltrina Whitman-Allen has been in treatment with the
undersigned since April 2000. She carries the diagnoses of
Depressive Disorder Not Otherwise Specified and Anxiety Disorder
Not Otherwise Specified and she is on antidepressant, anti-anxiety,
and mood-stabilizing medication. In the spring of 2003, Ms.
Whitman-Allen's daughter underwent major surgery and was
severely ill for at least six months. Ms. Whitman-Allen's daughter
was in intensive care for some time and at several points was in
such critical condition that it was feared she might not survive. In
2004 Ms. Whitman-Allen's daughter again underwent major surgery
and was again critically ill. Ms. Whitman-Allen is generally anxious
and during her daughter's illness she became so severely
depressed and anxious that her attention and concentration
became affected. Her ability to focus, stay on course and complete
tasks was severely impaired. It was at this critical time during
which her attention and concentration were so severely impaired
that the Social Security Notice of Award was submitted to her.
Since her attention and concentration were so severely impaired
she did not respond to the Notice in the time frame allowed. She is
filing a Motion to Appeal at this time which is outside the time frame
outlined in the Social Security Notice of Award. Ms. Whitman-Allen
has continued in treatment since April 2000 and is compliant with
all treatment and medications. She has made some progress and
her depression, attention, and concentration have improved
sufficiently for her to now address this crucial issue.

**PATH**
*Outpatient Services*

If you have any questions or concerns regarding Ms. Whitman-Allen's condition or treatment please do not hesitate to contact me at 860-714-2995. Thank you.

Respectfully,

*Linda M Spiegel APRN, BC*

Linda M. Spiegel, APRN, BC

c.  John Danaher III, Esquire
Ann M. Nevins, Esquire
Office of the Clerk, U.S. Court House, Bridgeport, CT

# Social Security Administration
# Retirement, Survivors and Disability Insurance
## Notice of Award

Southeastern Program Service Center
2001 Twelfth Avenue, North
Birmingham, Alabama 35285-0001
Date: April 28, 2003
Claim Number:  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HA

0424 MCS,PC2,I,BI,T840,858,153

000003563 02 AB   2 514

WAUTRINA WHITMAN-ALLEN
1 DEER MEADOWS DR
APT 1
BLOOMFIELD, CT 06002-1983

You are entitled to monthly disability benefits beginning December 2001.

## The Date You Became Disabled

We found that you became disabled under our rules on May 13, 1980.

Our records show that you became disabled on May 13, 1980. By law, we can pay benefits no earlier than 12 months before the month of filing. Since you filed for benefits on December 9, 2002, monthly payments will begin December 2001.

## What We Will Pay And When

- You will receive $12,700.00 around May 4, 2003.

- This is the money you are due for December 2001 through March 2003.

- Your next payment of $802.00, which is for April 2003, will be received on or about the fourth Wednesday of May 2003.

- After that you will receive $802.00 on or about the fourth Wednesday of each month.

The day we make payments on this record is based on your date of birth.

Enclosure(s):
Pub 05-10153
Pub 05-10058

C

**See Next Page**

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HA                                               Page 3 of 4

## Do You Disagree With The Decision?

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.

Please read the enclosed pamphlet, "Your Right to Question the Decision Made on Your Social Security Claim". It contains more information about the appeal.

## If You Want Help With Your Appeal

You can have a friend, lawyer or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-860-493-1857. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
9TH FL ONE CORP CTR
20 CHURCH ST
HARTFORD, CT 06103

**Employee Benefits Division**
~~151 Farmington Avenue~~
Hartford, CT 06156
(203) 273-0123

*New address.*

*Waltrena Whitman Allen*
*1 Deer Meadow Drive*
*Bloomfield Conn. 06002*
*Phone 860 242 3409*

August 29, 1983

*Phone : 860 - 242 - 3407*

*Waltrena Whitman Allen*
*19 Westland Street*
*Hartford Conn 061=*

Ms. Walterine Allen
754 Garden Street
Hartford, CT 06112

Dear Ms. Allen:

GROUP POLICY LTD 335623, HARTFORD HOSPITAL, CERTIFICATE NO. 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,
WALTERINE ALLEN

Your application for long term disability benefits has been approved
as of May 13, 1980.

These benefits supplement certain other income described in the en-
closed Notice, so that the total amount from all applicable sources
equals 60% of your basic rate of monthly earnings at the time your
disability began. According to our records, you are not now receiving
any other applicable income. Therefore, your monthly LTD benefit
amounts to $570.24.

Enclosed is our draft for $22,917.58 which represents benefits due
for the period May 13, 1980, through August 31, 1983. All future
payments for which you qualify will become due on the last day of
each month.

To be considered totally disabled under the terms of Group Policy
LTD 335623, you must be unable, by reason of disease or accidental
injury, to perform the duties of any reasonable occupation. A
reasonable occupation is any gainful activity for which you are,
or may reasonably become, fitted by education, training or experience.
As you qualify under this test, you will remain eligible for benefits
subject to continuing qualification under all of the policy terms
and conditions, until the end of the month in which you attain age
65.

*Court of Probate - Hartford Conn.*
*10/30/91 Change Spelling in my name*
*has been Changed To: Waltrena Whitman - Allen*
*Approved by Judge Robert K. Killian Jr*
*10/30/91*

Ætna Life Insurance Company
One of the ÆTNA LIFE & CASUALTY companies

Ms. Allen
August 29, 1983

Periodically, we will require additional information, including objective medical evidence that you remain totally disabled. On these occasions, it will be necessary for us to obtain current information from your attending physician or from a physician of our choice.

If you have any questions concerning your benefits, please let us know when you return the completed Reimbursement Agreement.

Sincerely,

Valerie Zwiercan
Employee Benefits Director - Claim Department
Aetna Life Insurance Company

lgl

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

May 10, 2005

Ms. Waltrina Whitman-Allen
1 Deer Meadow Drive, Apt. 1
Bloomfield, CT 06002

Re:   **Case No.:**   **3:01CV1569(AHN)**
      **Case Name:**  **Waltrina Whitman-Allen v. Commissioner of Social
                      Security**

Dear Ms. Whitman-Allen:

Per your request dated May 6, 2005, enclosed please find a copy of the
judgment in the above-referenced case.

Sincerely
Kevin F. Rowe, Clerk

Sandra J. Baldwin, Deputy Clerk
Enclosure

N:\BALDWIN\Copy Work Ltrs\3_01CV1569(AHN) Waltrina Whitman v. Cmsr. of Soc. Sec. 05-10-05.wpd

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Nov 25  10 35 AM '02

WALTRINA WHITMAN

v.

3:01CV1569 AHN

SOCIAL SECURITY ADMINISTRATION

## J U D G M E N T

This action came on for consideration on defendant's motion to dismiss by the Honorable Holly B. Fitzsimmons, United States Magistrate Judge and the Honorable Alan H. Nevas, Senior United States Judge.

On October 29, 2002 Recommended Ruling on Motion to Dismiss granted the motion to dismiss.   On November 20, 2002, the recommended ruling was approved, adopted and ratified

Therefore, it is hereby **ORDERED** and **ADJUDGED** that the case is dismissed

Dated at Bridgeport, Connecticut this 25th day of November, 2002.

KEVIN F. ROWE, Clerk

By _Alice Montz_
Deputy Clerk

EOD: 11-26-02

United States District Court

District of Connecticut

Waltrina Whitman-Allen

vs                                                              Civil No3:01CV1569AHN

S̲o̲c̲i̲a̲l̲ ̲S̲e̲c̲u̲r̲i̲t̲y̲ ̲A̲d̲m̲i̲n̲                              7/31/2006

Motion to Appeal

Name:  Waltrina Rene Whitman

Born City:  Marion State: Alabama County: Perry

Date of Birth:  September 21, 1943

Sex: Female

Mother name:  Charity Jackson

Father name:  Walter Douglas Whitman

SSN:                ----- ..

Phone :  860-242-3407

Address:   1 Deer Meadow Drive Apt. 1

City/State/Zip: Bloomfield, Conn 06002

Date: July 31 2006

Sign: Waltrina Whitman

Sign: Waltrina Whitman-Allen

Address: 1 Deer Meadow Drive

City/State/Zip: Bloomfield, Conn. 06002

Social Security no:

Phone Number's 860-242-3407

I Waltrina Whitman-Allen, application has been approved for Long Term Disability Benefits as of May 13, 1980. By Aetna Insurance Doctor's. I am still disabled under the Doctor's care and taking mediation prescribed by my Doctor's.

Social Security Disability Benefits Notice of Award Date: April 28, 2003

Date Waltrina Whitman-Allen became disabled on May 13, 1980.

Our records show Waltrina Whitman-Allen disabled under Social Security Disability rules on May 13, 1980.

By Law: Waltrina Whitman-Allen first filed claim for Social Security Disability benefits on December 17, 1981. I continued filing for Social Security Benefits until December 9, 2001.

Proof                                                        Justice was not served

Social Security Disability benefits only paid Waltrina Whitman-Allen one year and 4 months on April 28, 2003 notice of award check. Paid me one year and 4 months. Justice was not served. Paid me one year and 4 months.

Justice was not served

Proof: I Waltrina Whitman Allen filed for Social Security Disability Benefits before December 9, 2002. Justice was not served

By Law: Notice of Award letter Date: April 28, 2003

Proof: Our records show Waltrina Whitman-Allen became Disabled under Social Security Disability Rules on May 13, 1980. Proof: Justice was not served

Justice was not served  Signature: _Waltrina Whitman-Allen_ Civil No3:01CV1569AHN
Date July 31 2___

By Law: Social Security Disability underpayment Waltrina Whitman-Allen Disability Benefits (owe) Justice was not served

Civil No3:01CV1569AHN

Please help me!

Thank you

Date: _____

Sign: _____

Sign: _____

Address: 1 Deer Meadow Drive

City/State/Zip: Bloomfield, Conn. 06002

Social Security no:

Phone Number's 860-242-3407

United States District Court
District of Connecticut

Civil no: 301CV1569 (AHN)

Certificate of Service

I hereby mail off copies ___*May 18, 2007*___ Motion to recommend.

Ann M. Nevins
Assistant United States Attorney
Federal Bar No: CT.06484
915 Lafayette Boulevard Room 309
Bridgeport, CT 06604

Office of Clerk
United States District Court
U.S. Court House
915 Lafayette Boulevard
Bridgeport, CT 06604

Thank you

Date: ___*May 18, 2007*___
Signature: ___*Mrs. Waltrina Whitman-Allen*___
Address: ___*1 Deer Meadow Drive apt1*___
___*Bloomfield Ct. 06002*___
S.S.N: ___
Phone No: ___*860-242-3407*___